THE HARRIS CO., INC., Appellant, v. MORRIS WEINTRAUB and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

IRVING L. SMITH and Another, Respondents, v. JOHN R. WOODS, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CLARA H. MONTGOMERY, Respondent, v. JOSEPH P. MONTGOMERY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of the Application of GREENHUT COMPANY, INC., a Corporation, Respondent, for Voluntary Dissolution. NATIONAL SURETY COMPANY, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, on the ground that the part of the order appealed from is premature, inasmuch as the advertisement for the presentation of claims has not been completed. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Dowling, J., dissented on the ground that the appellant is not prejudiced by the order of which it complains.

HARRIET E. NOBLE, Appellant, v. WILLIAM B. KENDALL, as Sole Surviving Partner, etc., Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

RACHEL MONDSHAIN, as Administratrix, etc., Respondent, v. MAX SHEINBAUM, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

AUDREY HAMMOND BAY, Respondent, v. JAMES HOLMES BAY, Appellant. — Order modified as directed in order and, as so modified, affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JAMES RICCIARDI, an Infant, by JOHN RICCIARDI, His Guardian ad Litem, Respondent, v. STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,134; in which event the judgment, as so modified, and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE WOOLSON SPICE COMPANY, Respondent, v. THORLEIF S. B. NIELSEN, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.